Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16–32179–CMG
        Chapter: 7
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Renee J. Waite | Gordon L. Waite |
| dba Pico Publishing | dba Waite Research LLC |
| 79 Glenwood Dr, | 79 Glenwood Dr, |
| Tinton Falls, NJ 07724 | Tinton Falls, NJ 07724 |

Social Security No.:
  xxx–xx–0652                              xxx–xx–7469

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Catherine E. Youngman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 18, 2017</u>             <u>Christine M. Gravelle</u>
                                               Judge, United States Bankruptcy Court